# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Kara Seawell**  
Debtor(s)

Case No.  **17-17882**  
Chapter  **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **December 11, 2017**

**/s/ Kara Seawell**  
**Kara Seawell**  
Signature of Debtor