**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| In re: Kara Seawell | : | Chapter 13 |
| | : | |
| | : | |
| Debtor(s) | : | Bky. No. 17-17882 |
| | : | |

### ORDER DISMISSING CASE

AND NOW, it is ORDERED that since the debtor has failed to timely file the documents required by the order dated November 21, 2017 this case be and the same is hereby DISMISSED

Atty Disclosure Statement
Chapter 13 Plan

**Date: January 9, 2018**

_____
RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE