**UNITED STATES BANKRUPCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| Kara Seawell, | : | CHAPTER 13 |
| Debtor | : | BANKRUPTCY NO: 17-17882 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

JOSEPH T. BAMBRICK, JR., ESQUIRE has filed with the Court on or about February 20, 2018, a Motion for Reconsideration.

**Your rights may be affected**.  You should read these papers carefully and discuss them with your attorney, **if** you have one **in** this bankruptcy case.  (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the Court to grant the relief sought in the motion or if you want the Court to consider your views on the motion, then on or before March 6, 2018 you or your attorney must do <u>all</u> of the following:

(a) file an answer explaining your position at:

> Clerk of Bankruptcy Court
> The Madison Building
> 400 Washington Street
> Suite 300
> Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

     (b)    mail a copy to the Movant's attorney:

>　*/s/Joseph Bambrick*
>　**Joseph T. Bambrick, Jr., Esquire**
>　**JOSEPH T. BAMBRICK, JR., ESQUIRE**
>　**529 Reading Avenue, Suite K**
>　**West Reading, PA 19611**
>　**Phone: 610-372-6400**
>　**Fax: 610-372-9483**

     2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

     3.    A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on Thursday, March 22, 2018, at 9:30 AM, in Courtroom 1, United States Bankruptcy Court, The Madison, 400 Washington Street, Reading, Pennsylvania.

     4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

     5.    You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

**Dated: <u>February 20, 2018</u>**　　　　　　　　　　　*/s/Joseph Bambrick*
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Joseph T. Bambrick, Jr., Esq.**