UNITED STATES BANKRUPCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    Kara Seawell,                      :     CHAPTER 13
        Debtor                        :     BANKRUPTCY NO: 17-17882

## ORDER

*AND NOW*, upon consideration of the Debtor's Motion for Reconsideration, it is hereby **ORDERED** and **DECREED** that the Debtor's request is *GRANTED*.

BY THE COURT

Dated: 3/22/18

_____
RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE