United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-17882-ref
Kara Seawell                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: dlv                Page 1 of 2              Date Rcvd: Mar 22, 2018
                                Form ID: pdf900          Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 24, 2018.
db          +Kara Seawell,    425 Sunset Rd.,    Reading, PA 19611-1307
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
              Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14026637    +Brand Source/citi Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
14026638    +Capital One,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
              Salt Lake City, UT 84130-0285
14026639    +Chase Card Services,    Attn: Correspondence,    Po Box 15278,    Wilmington, DE 19850-5278
14026640    +Citibank/The Home Depot,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,
              St Louis, MO 63179-0040
14026642    +Home Point Financial C,    Nmls#7706 9 Entin Rd St,    Parsippany, NJ 07054-5000
14026643    +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
14026644    +Monterey Col,    4095 Avenida De La Plata,    Oceanside, CA 92056-5802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 23 2018 01:34:41
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 23 2018 01:35:04     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14024815     E-mail/Text: mrdiscen@discover.com Mar 23 2018 01:34:33     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14026641    +E-mail/Text: mrdiscen@discover.com Mar 23 2018 01:34:33     Discover Financial,    Po Box 3025,
              New Albany, OH 43054-3025
14026645    +E-mail/PDF: cbp@onemainfinancial.com Mar 23 2018 01:41:08     OneMain Financial,
              Attn: Bankruptcy Department,    601 Nw 2nd St #300,    Evansville, IN 47708-1013
14047245     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2018 01:40:58
              Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14018394    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 23 2018 01:40:58
              PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14035251     E-mail/Text: bnc-quantum@quantum3group.com Mar 23 2018 01:34:39
              Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14018685    +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2018 01:41:20     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14026646    +E-mail/PDF: gecsedi@recoverycorp.com Mar 23 2018 01:41:10     Synchrony Bank/Lowes,
              Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2018                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Kara  Seawell NO1JTB@juno.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Home Point Financial Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov

```
District/off: 0313-4            User: dlv                Page 2 of 2                   Date Rcvd: Mar 22, 2018
                                Form ID: pdf900          Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 4

UNITED STATES BANKRUPCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    Kara Seawell,    :    CHAPTER 13
    Debtor    :    BANKRUPTCY NO: 17-17882

## ORDER

*AND NOW*, upon consideration of the Debtor's Motion for Reconsideration, it is hereby **ORDERED** and **DECREED** that the Debtor's request is *GRANTED*.

BY THE COURT

Dated: 3/22/18

_____
RICHARD E. FEHLING
UNITED STATES BANKRUPTCY JUDGE