**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Kara Seawell | CHAPTER 13 |
|                Debtor | |
| Home Point Financial Corporation | |
|                Movant | |
|        vs. | |
| | NO. 17-17882 REF |
| Kara Seawell | |
|                Debtor | |
| Frederick L. Reigle Esq. | |
|                Trustee | 11 U.S.C. Section 362 |

## <u>ORDER</u>

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 425 Sunset Road, West Reading, PA 19611 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: May 30, 2018**

_____
United States Bankruptcy Judge.

Kara Seawell
425 Sunset Road
Reading, PA 19611

Joseph T. Bambrick, Jr. Esq.
529 Reading Avenue, Suite K
West Reading, PA 19611

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532