United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 17-17882-ref
Kara Seawell   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: May 30, 2018
                  Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2018.
db        +Kara Seawell,   425 Sunset Rd.,    Reading, PA 19611-1307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr        +E-mail/PDF: gecsedi@recoverycorp.com May 31 2018 02:28:01     Synchrony Bank,
         c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                                                                                         TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2018 at the address(es) listed below:
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
         FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
         JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Kara  Seawell NO1JTB@juno.com
         KEVIN G. MCDONALD    on behalf of Creditor   Home Point Financial Corporation
          bkgroup@kmllawgroup.com
         MATTEO SAMUEL WEINER    on behalf of Creditor   Home Point Financial Corporation
          bkgroup@kmllawgroup.com
         PETER E. MELTZER    on behalf of Creditor   One Main Financial bankruptcy@wglaw.com,
          mrivera@wglaw.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                   TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kara Seawell<br>　　　　　　　Debtor | CHAPTER 13 |
| Home Point Financial Corporation<br>　　　　　　　Movant<br>　　vs. | NO. 17-17882 REF |
| Kara Seawell<br>　　　　　　　Debtor | |
| Frederick L. Reigle Esq.<br>　　　　　　　Trustee | 11 U.S.C. Section 362 |

**ORDER**

　　ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 425 Sunset Road, West Reading, PA 19611 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: May 30, 2018**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.

Kara Seawell
425 Sunset Road
Reading, PA 19611

Joseph T. Bambrick, Jr. Esq.
529 Reading Avenue, Suite K
West Reading, PA 19611

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532