UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

KARA   SEAWELL

                                                : Bankruptcy No. 17-17882REF
       Debtor(s)                        : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: September 20, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

JOSEPH T BAMBRICK JR ESQ
529 READING AVENUE
SUITE K
WEST READING PA 19611-

KARA   SEAWELL
425 SUNSET RD
READING,PA.19611