United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 17-17882-ref
Kara Seawell                                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv                Page 1 of 2              Date Rcvd: Sep 20, 2018
                              Form ID: pdf900          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2018.
db             +Kara Seawell,   425 Sunset Rd.,   Reading, PA 19611-1307
smg            +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14026637       +Brand Source/citi Cbna,   Po Box 6497,   Sioux Falls, SD 57117-6497
14026639       +Chase Card Services,   Attn: Correspondence,   Po Box 15278,   Wilmington, DE 19850-5278
14026640       +Citibank/The Home Depot,   Citicorp Cr Srvs/Centralized Bankruptcy,   Po Box 790040,
                 St Louis, MO 63179-0040
14026642       +Home Point Financial C,   Nmls#7706 9 Entin Rd St,   Parsippany, NJ 07054-5000
14113947       +Home Point Financial Corporation,   c/o Cenlar FSB,   425 Phillips Blvd,   Ewing, NJ 08618-1430
14026643       +Mariner Finance,   8211 Town Center Dr,   Nottingham, MD 21236-5904
14026644       +Monterey Col,   4095 Avenida De La Plata,   Oceanside, CA 92056-5802

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 21 2018 01:39:29
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 21 2018 01:39:36     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14026638       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 21 2018 01:45:08      Capital One,
                 Attn: General Correspondence/Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14024815        E-mail/Text: mrdiscen@discover.com Sep 21 2018 01:39:17     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
14026641       +E-mail/Text: mrdiscen@discover.com Sep 21 2018 01:39:17     Discover Financial,   Po Box 3025,
                 New Albany, OH 43054-3025
14102610        E-mail/PDF: cbp@onemainfinancial.com Sep 21 2018 01:44:45     ONEMAIN,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14026645       +E-mail/PDF: cbp@onemainfinancial.com Sep 21 2018 01:45:28     OneMain Financial,
                 Attn: Bankruptcy Department,   601 Nw 2nd St #300,   Evansville, IN 47708-1013
14047245        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 21 2018 01:44:47
                 Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14018394       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 21 2018 01:44:46
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14035251        E-mail/Text: bnc-quantum@quantum3group.com Sep 21 2018 01:39:21
                 Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
14018685       +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2018 01:45:09     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14026646       +E-mail/PDF: gecsedi@recoverycorp.com Sep 21 2018 01:45:31     Synchrony Bank/Lowes,
                 Attn: Bankruptcy,   Po Box 965060,   Orlando, FL 32896-5060
                                                                                               TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Synchrony Bank,   c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-4          User: dlv                    Page 2 of 2                  Date Rcvd: Sep 20, 2018
                              Form ID: pdf900              Total Noticed: 25
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2018 at the address(es) listed below:

```
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Kara  Seawell NO1JTB@juno.com
              KEVIN G. MCDONALD    on behalf of Creditor   Home Point Financial Corporation
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor   Home Point Financial Corporation
               bkgroup@kmllawgroup.com
              PETER E. MELTZER    on behalf of Creditor   One Main Financial bankruptcy@wglaw.com,
               mrivera@wglaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                              :

KARA   SEAWELL

                                                                : Bankruptcy No. 17-17882REF
         Debtor(s)                            : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

BY THE COURT

**Date: September 20, 2018**

_____
Richard E. Fehling, B. J.

Interested parties:

Rolando Ramos-Cardona, Esq.
William C. Miller, Esq.
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

JOSEPH T BAMBRICK JR ESQ
529 READING AVENUE
SUITE K
WEST READING PA 19611-

KARA   SEAWELL
425 SUNSET RD
READING,PA.19611